No. 410. MacGREGOR v. WESTINGHOUSE ELECTRIC & MANUFACTURING Co. March 11, 1946. The petition for rehearing in this case is granted and the case is restored

to the docket for reargument before a full bench. The issuance of the mandate is stayed. *William B. Jaspert* for petitioner. *Jo. Baily Brown* for respondent. 327 U. S. 758.